**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | |
|---|---|
| CATERINA BERGERON, SYLVAIN J. BERGERON, BRIAN A. BERGERON, | ) ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) ) |
| WELLS FARGO BANK, N.A., | ) ) ) |
| Defendants. | ) |

CIVIL FILE ACTION NO.:

Removed from the Superior Court of Cherokee County, Georgia, Civil Action File No.: 25CVE0958

## NOTICE OF REMOVAL

COMES NOW Wells Fargo Bank, N.A. ("Wells Fargo"), Defendant in the above-captioned action, which was originally filed in the Superior Court of Cherokee County, Georgia, Civil Action File No. 25CVE0958 (the "Superior Court Action"), and, pursuant to 28 U.S.C. §§ 1441 and 1446, hereby removes the Superior Court Action to the United States District Court for the Northern District of Georgia, Atlanta Division. In accordance with the provisions of 28 U.S.C. § 1446(a), Defendant respectfully shows the Court the following:

WBD (US) 4923-8654-2926

# I.    BACKGROUND

1.

Plaintiffs allege that "third parties [sic] scammers … began a scheme to steal the Plaintiffs' money using Wells Fargo's online portal." [Complaint, ¶ 12]. Plaintiff further allege that "[t]he Scammers gained access to the Plaintiffs' accounts through Wells Fargo's online web portal and began a series of unauthorized electronic funds transfers and cash advances."  [*Id*., ¶ 13].

2.

Specifically, Plaintiffs allege that the supposed "Scammers" "transferr[ed] funds from [the] Bergerons' checking and savings account into a business account for SB Services as well as a cash advance from Caterina's credit card[.]" [Complaint, ¶ 14].  The supposed "Scammers" then allegedly "made two payments from the SB Services business checking account of $15,000.00 and $2,000.00, respectively, to an unknown party completing the theft of the Bergerons' funds[.]" [*Id*., ¶ 15].

3.

Plaintiffs contend that they submitted a fraud claim to Wells Fargo related to the transactions described in the preceding paragraphs but that Wells Fargo denied the fraud claim.  [*See* Complaint, ¶¶ 23-31].  Plaintiffs allege that Wells Fargo has

WBD (US) 4923-8654-2926

improperly refused to return the funds transferred from their accounts and that Wells Fargo improperly sought for Caterina Bergeron to pay the balance owed on her credit card.  [*See id*., ¶¶ 32-33].

4.

Plaintiffs assert a claim against Wells Fargo for breach of the Electronic Funds Transfer Act, 15 U.S.C. § 1693, et seq. ("EFTA") related to the transfers described in the preceding paragraphs.  [*See* Complaint, ¶¶ 53-64].  Plaintiff Caterina Bergeron asserts claims against Wells Fargo for negligent and willful violations of the Fair Credit Reporting Act, 15 U.S.C. § 1681, et seq. ("FCRA") related to the reporting of her Wells Fargo credit card.  [*See id*., ¶¶ 65-77].

5.

Wells Fargo received a copy of Plaintiffs' Complaint on May 20, 2025.  This Notice of Removal is being filed within thirty (30) days of Wells Fargo's receipt of the Complaint.

6.

Nothing in this Notice of Removal shall be interpreted as a waiver or relinquishment of any right of Wells Fargo to assert any defense in this action, including, without limitation, the right to compel arbitration of Plaintiffs' claims.

WBD (US) 4923-8654-2926

## II.   REQUIREMENTS FOR REMOVAL

7.

This case is being removed pursuant to the provisions of 28 U.S.C. §§ 1331, 1441, and 1446.  Section 1331 provides for "original jurisdiction of all civil actions arising under the Constitution, laws, or treaties of the United States." Cases meeting these criteria may be removed to district court pursuant to 28 U.S.C. §§ 1441 and 1446.

8.

Among other allegations, Plaintiffs allege that Wells Fargo violated the EFTA and FCRA which are components of the laws of the United States.  As such the requirement for removal based on federal question jurisdiction under 28 U.S.C. § 1331 is satisfied and this action is removable to this Court pursuant to 28 U.S.C. § 1441(a).

## III.   REMOVAL

9.

This Notice of Removal has been filed in advance of thirty (30) days from Wells Fargo's receipt of the Complaint.  Accordingly, removal is timely under 28 U.S.C. § 1446.

WBD (US) 4923-8654-2926

10.

Contemporaneously with the filing of this Notice of Removal, Wells Fargo served written notices on Plaintiffs and the Clerk of the Superior Court of Cherokee County, Georgia, as provided by 28 U.S.C. § 1446(d).

11.

Pursuant to the provisions of 28 U.S.C. § 1446, copies of all process, pleadings, and orders filed in the Superior Court Action are attached hereto as Exhibit "A".

WHEREFORE Wells Fargo respectfully requests that Plaintiffs' Complaint be removed, pursuant to 28 U.S.C. §§ 1441(a) and (b), from the Superior Court of Cherokee County, Georgia, to the United States District Court for the Northern District of Georgia, Atlanta Division, on the basis of this Notice of Removal, and that this Court take jurisdiction of this action for the determination of all issues, trial, and judgment, to the exclusion of any further proceedings in the Superior Court of Cherokee County, Georgia.

Respectfully submitted this 18th day of June, 2025.

WOMBLE BOND DICKINSON (US), LLP

/s/ Arthur A. Ebbs
Arthur A. Ebbs
State Bar No. 416181

- 5 -

1331 Spring Street NW
Suite 1400
Atlanta, Georgia 30309
Telephone:  (404) 872-7000
Email:        arthur.ebbs@wbd-us.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing document was filed using the Court's CM/ECF system which will automatically send a service copy to all counsel of record.

This 18th day of June, 2025.

/s/ Arthur A. Ebbs
Arthur A. Ebbs
State Bar No. 416181