**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF GEORGIA**
**MAGISTRATE JUDGE'S CIVIL MINUTES**

PRETRIAL PROCEEDINGS & MOTIONS    DATE: 03/03/26 @ 10:00 AM
MAGISTRATE JUDGE: ALAN J. BAVERMAN  TIME:  3.75 hours
DEPUTY CLERK:   NONE               Rooms 2342 and 2337
                                   **CASE NO.: 1:25-CV-3428-AT-JHR**

**CASE CAPTION: Bergeron, et al v. Wells Fargo Bank, N.A.**

**Plaintiffs present: Caterina Bergeron, Sylvain Bergeron, Brian Bergeron**

**Defendant present: Michael Selle, Sr. Counsel**

**Others present:**

**Counsel for Plaintiffs present: Justin Tharpe Holcombe, Chelsea Sutton**

**Counsel for Defendant present: Arthur Allen Ebbs**

**Type of hearing:**
(   )   Discovery conference
(   )   Oral argument on motions
(   )   Pretrial Conference
(   )   Telephone Conference
(   )   Social Security Hearing
(X   )   **Mediation conference**

**SUMMARY OF PROCEEDINGS:**

Mediation conference held.   Parties exchanged offers and counteroffers. Case settled.
Defendant to draft settlement agreement.