**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | |
|---|---|
| CATERINA BERGERON<br>SYLVAIN J. BERGERON,<br>BRIAN BERGERON,<br>   Plaintiffs,<br><br>v.<br><br>WELLS FARGO BANK, N.A.,<br>   Defendant.<br>_____<br><br>WELLS FARGO BANK, N.A.,<br>   Counter Claimant,<br><br>v.<br><br>CATERINA BERGERON,<br>   Counter Defendant. | CIVIL ACTION FILE<br><br>NO. 1:25-cv-3428-AT-JHR |

**ORDER OF AMINISTRATIVE CLOSURE AND
DISMISSAL WITHOUT PREJUDICE**

The Court has been advised by the Magistrate Judge to whom this case was referred for mediation that the above-styled action has been settled and that formal documentation of settlement is expected to be concluded shortly.

Accordingly, it is not necessary that the case remain on the Court's active

docket.  Therefore, the Clerk is **DIRECTED** to administratively close the case, and Plaintiffs' complaint and Defendant's counterclaim **ARE DISMISSED WITHOUT PREJUDICE** to the right of any party, anytime within the next **FORTY-FIVE (45) DAYS**, to reopen this action or vacate this order of dismissal.

It is further **ORDERED** that the Court retains jurisdiction to vacate this order of dismissal and to reopen the action, if necessary.  If the action has not been reopened or the Court has not received a motion to vacate on or before the time permitted by this Order, the action will be dismissed with prejudice.

Let a copy of this order be served upon counsel for the parties.

**IT IS SO ORDERED**, this 3rd day of March, 2026.

_____
**AMY TOTENBERG**
**UNITED STATES DISTRICT JUDGE**